IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 1:12cr50-MW/GRJ

DOUGLAS RAY CASTLEBERRY,

    **Defendant/Petitioner.**

_____/

## ORDER ACCEPTING AND ADOPTING AMENDED REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation. ECF No. 97. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The Amended Report and Recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 91, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on February 15, 2018.**

                                                   **s/Mark E. Walker**            
                                                  **United States District Judge**